WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-99-00354-001-PHX-SMM |
|---|---|
| Plaintiff, | **O R D E R** |
| v. | |
| Marilyn Marie Harness, | |
| Defendant. | |

    Pursuant to the Judgment and Commitment issued on November 2, 1999, Defendant Marilyn Harness was ordered to pay restitution in the amount of $6,696.20 to victim Service Merchandise Company, Inc.  Currently $427.99 was moved to the unclaimed funds account when the victim could not be located.  An affidavit has been filed with the Court identifying Oak Point Partners as the successor in interest to Service Merchandise Company, Inc., and on November 11, 2014 Oak Point Partners submitted an application for payment of the unclaimed funds.  The Court finds victim Service Merchandise Company, Inc./Oak Point Partners are entitled to the $427.99 that is currently in the unclaimed funds account.  Therefore,

    IT IS ORDERED directing the Financial Administrator of the District of Arizona to pay Service Merchandise Company, Inc. c/o Oak Point Partners $427.99 currently

1 | being held in the unclaimed funds account.

2 | DATED this 2nd day of December, 2014.

*Stephen M. McNamee*
Senior United States District Judge